IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**IDS PROPERTY CASUALTY INSURANCE COMPANY**, a foreign insurance company,

    Plaintiff,

v.

**MICHELLE MULLINS** and **RYAN MULLINS**,

    Defendants.

Civ. No. 6:14-cv-01344-MC

**ORDER ON AMENDED ATTORNEY FEE PETITION**

McShane, Judge:

Counsel for Defendant Michelle Mullins has submitted an amended fee petition (ECF No. 123) in conformity with this Court's June 30, 2016 Opinion and Order (ECF No. 122). In that order, I determined that any available attorney fees for the representation of Ms. Mullins must be limited to those necessary to answer the complaint in this case and to defend the motion for summary judgment concerning Ms. Mullins's claims.

Upon review of the amended petition, I find that Counsel has carefully redacted his original fee declaration and responded to this Court's concerns over conduct and time spent, as described in the previous order. Because the amended petition complies with this Court's order, I grant the Amended Motion for Attorney Fees (ECF No. 123) in full and award Ms. Mullins $35,670.00 in attorney fees.

IT IS SO ORDERED.

Dated this 7 day of July, 2016.

                                                              **Michael McShane**
                                                              **United States District Judge**